■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL WALKER, Appellant. [654 NYS2d 590] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered July 8, 1993, convicting him of criminal possession of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence. Justice Luciano has been substituted for the late Justice Hart *(see,* 22 NYCRR 670.1 [c]).

Ordered that the judgment is affirmed.

Contrary to the defendant's contentions, it is clear from the record that the waiver of appellate review which was elicited as a condition of his plea of guilty was knowing, intelligent, and voluntary, and thus effective *(see, People v Allen,* 82 NY2d 761; *People v Cicciari,* 175 AD2d 255; *cf., People v McCaskell,* 206 AD2d 547). Therefore, the judgment of conviction is affirmed *(see, People v Allen, supra; People v Collier,* 216 AD2d 406). Miller, J. P., Ritter, Copertino and Luciano, JJ., concur.